■■■ TERRENCE BOYD et al., Plaintiffs, v BUFFALO BOARD OF EDUCATION et al., Defendants and Third-Party Plaintiffs-Appellants. EUREST DINING SERVICES, a Division of COMPASS GROUP U.S.A., INC., Third-Party Defendant-Respondent. (Appeal No. 1.) [825 NYS2d 651]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered August 15, 2005 in a personal injury action. The order, upon a jury verdict, dismissed the third-party complaint.

■■■ TERRENCE BOYD, Respondent, v BUFFALO BOARD OF EDUCATION et al., Appellants and Third-Party Plaintiffs-Appellants. EUREST DINING SERVICES, a Division of COMPASS GROUP U.S.A., INC., Third-Party Defendant-Respondent. (Appeal No. 3.) [825 NYS2d 420]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered September 19, 2005 in a personal injury action. The order denied the motion of

defendants-third-party plaintiffs to set aside the verdict and dismiss the complaint or, in the alterative, grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.